IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 SEP 10 PM 4: 22
CLERK
SO. DIST. OF GA.

MC118-0013

IN RE CUSTODY OF PERSONS )
UNDER POST-CONVICTION )
SUPERVISION )
)
)
)
)
)
_____ )

## EMERGENCY ORDER REGARDING CUSTODY OF PERSONS UNDER POST-CONVICTION SUPERVISION

As of this writing, Hurricane Florence is in the Atlantic Ocean and is approaching the East Coast of the United States. It is projected to make landfall by September 13, 2018, and it is possible that Savannah, Georgia, will be affected by the storm. On September 10, 2018, Dismas Charities (Savannah), a federal residential reentry center, indicated its intent to evacuate its residents to Dismas Charities (Atlanta) on September 12, 2018, if the hurricane continues to threaten the Savannah area.

Five of the residents at Dismas Charities (Savannah) are persons under post-conviction supervision in the Southern District of Georgia. The attached list reflects the names of those five individuals. If Dismas Charities (Savannah) decides to evacuate any or all of these individuals due to the anticipated or actual impacts of Hurricane Florence, the Court hereby authorizes Dismas Charities (Savannah) to transfer these individuals to the Dismas Charities facility in Atlanta, Georgia, for up to 5 days. The Court authorizes this transfer, without further individualized assessments, to ensure the

health, safety and welfare of the individuals and the community. This temporary transfer to Dismas Charities (Atlanta) may only be extended by further order of this Court, and only for good cause.

SO ORDERED this 10th day of September, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## Persons Under Post-Conviction Supervision Residing at Dismas Charities (Savannah)

| | |
|---|---|
| Connell Aldridge | Reg. No. 21489-021 |
| Charlie Clark | Reg. No. 21969-021 |
| Sammy Middleton | Reg. No. 33546-138 |
| Willie Smith | Reg. No. 17685-021 |
| Sean Whitaker | Reg. No. 21615-021 |